UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **JACKIE ALLEN**     ] | |
|      Petitioner,    ] | |
|                     ] | GENERAL DOCKET |
| v.                  ] | No. 1:10-mc-0015 |
|                     ] | Judge Campbell |
| **STATE OF TENNESSEE** ] | |
|      Respondent.    ] | |

**O R D E R**

The petitioner is an inmate at the South Central Correctional Center in Clifton, Tennessee. He has submitted a *pro se* prisoner Petition for Suspension of Remainder of Sentence (Docket Entry No.1).

The petitioner has neglected, however, to either pay the fee required for the filing of the Petition ($5.00) or submit a properly completed application to proceed in forma pauperis.

Accordingly, the petitioner is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the requisite filing fee or provide a properly completed and signed application to proceed in forma pauperis. For the petitioner's convenience, the Clerk will send him a blank application to proceed in forma pauperis.

The petitioner is forewarned that, should he fail to comply with these instructions within the specified period of time, the

Petition will be filed and this action will be dismissed for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

_____
Todd Campbell
United States District Judge